# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

Dana McAllister                                               )
                                                             )
       Plaintiff,                                      )
                                                             )
                                                             )
-v-                                                          )
                                                             )
MARK FRANCIS                                                 )
MARCIA YOUNG                                                 )
FYI-CSI, LLC                                                 )
Dr. Alice Farling                                            )
WDIV                                                         )
Karen Drew                                                   )
Devin Scillian                                               )
Carmen Harlan                                                )
Graham Media Group                                           )
WXYZ                                                         )
David Giles                                                  )
Kimberly Russell                                             )
Ed Fernandez                                                 )
Detroit News                                                 )
Gary Miles                                                   )
Mike Martindale                                              )
21st Century Newspapers                                      )
Oakland Press                                                )
Dwayne Wyatt                                                 )
Jeanine Parent                                               )
Ben Sherman                                                  )
ABC                                                          )
NBC                                                          )
Stephen B. Burke                                             )
Keller Williams Realty Northville Market Center              )
Wendy Patton                                                 )
Pete Costa                                                   )
Austin Pothast                                               )
Lindsay McKay                                                )
David Botsford                                               )
Curtis Botsford, LLC                                         )
Keller Williams West Bloomfield                              )
Dr. Joan Haakonstad                                          )
Eric Haakonstad                                              )
Adaptable Business Solutions, INC                            )
Karen Wilson                                                 )
Tech World                                                   )
Google, INC                                                  )
Alphabet                                                     )

Case:4:16-cv-13859
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 10-31-2016 At 12:44 PM
CMP DANA MCALLISTER V MARK FRANCIS,
ET AL (LG)

Magistrate
**COMPLAINT**

John Doe Publisher                                    )
Jane Doe Website
Scripps Broadcast
Richard Boehne                                        )
Intelligent Office Systems, LLC                       )
Jake Nordquist                                        )
Ralph Gregory                                         )
_____/

Dana McAllister                                       )
6725 Daly Rd #252271                                  )
West Bloomfield, MI 48325                             )

MARK FRANCIS                                          )
MARCIA YOUNG                                          )
FYI-CSI, LLC                                          )
740 Scott Dr.                                         )
Highland, MI 48356                                    )
                                                      )
                                                      )
                                                      )
                                                      )

Dr. Alice Farling                                     )
4141 Commons Dr. W.                                   )
#4112                                                 )
Destin, FL 32541                                      )
                                                      )
WDIV                                                  )
Karen Drew                                            )
Devin Scillian                                        )
Carmen Harlan
Michael A.                                            )
550 W. Lafayette                                      )
Detroit, MI                                           )
48226                                                 )
                                                      )
Graham Media Group                                    )
161 N. Clark St #2900                                 )
Chicago, IL 60601                                     )
                                                      )
WXYZ                                                  )
David Giles                                           )
Kimberly Russell                                      )
Ed Fernandez                                          )
20777 W. 10 Mile Rd                                   )
Southfield, MI 48075                                  )

Detroit News                                          )
Gary Miles                                            )
Mike Martindale                                       )
160 Fort St.                                          )
Detroit, MI 48226                                     )

Oakland Press                                                )
Aftab Borkat                                                 )
Dwayne Wyatt                                                 )
Jeanine Parent                                               )
56 W Huron St                                                )
Pontiac, MI 48342                                            )

Ben Sherman                                                  )
ABC                                                          )
47 W. 66th St Rm 100                                         )
New York, NY 10023                                           )

NBC                                                          )
Stephen B. Burke                                             )
30 Rockefeller Plaza                                         )
New York, NY 10112                                           )

Keller Williams Realty Northville Market Center              )
Wendy Patton                                                 )
Pete Costa                                                   )
Austin Pothast                                               )
Lindsay McKay                                                )
39500 Orchard Hill Place #100                                )
Novi, MI 48375                                               )

Keller Williams Realty West Bloomfield                       )
David Botsford                                               )
30500 Northwestern Hwy #300                                  )
Farmington Hills, MI 48334                                   )

Dr. Joan Haakonstad                                          )
Eric Haakonstad                                              )
Adaptable Business Solutions, INC                            )
900 Wilshire Dr #202                                         )
Troy, MI 48084                                               )

Karen Wilson                                                 )
Tech World                                                   )
2760 Industrial Row                                          )
Troy, MI 48098                                               )

GOOGLE, INC
ALPHABET                                                     )
1600 Amphitheatre Pkwy                                       )
Mountain view, CA 94043

Scripps Broadcast
Richard Boehne
312 Walnut St. #2800
Cincinatti, OH 45202

)

DEFENDANTS,                                          )
-jointly and severally liable-                       )

There is no other pending matter regarding the parties of this case.

## PARTIES

1. Plaintiff, Dana McAllister, is a resident of Wayne County, Michigan.
2. Defendants Mark Francis, Marcia Young, and FYI-CSI, LLC are residents of Oakland County.
3. FYI-CSI, LLC is a limited liability company licensed in the state of Michigan.
4. Defendant Dr. Alice Farling is a resident of Florida.
5. Defendant WDIV is a news station in Wayne County, Michigan.
6. Defendant Karen Drew is an Investigator at WDIV in Wayne County, Michigan.
7. Defendant Devin Scillian is a news reporter at WDIV in Wayne County, Michigan.
8. Defendant Carmen Harlan is a news reporter at WDIV in Wayne County, Michigan.
9. Defendant Graham Media Group is the owner of WDIV and has a headquarters in Illinois.
10. Defendant WXYZ is a news station in Oakland County, Michigan.
11. Defendant David Giles is an attorney for Scripps Broadcast who owns WXYZ.
12. Defendant Ben Sherman is the CEO of ABC and residing in New York.
13. Defendant ABC is the owner of Scripps Broadcast and is headquartered in New York.
14. Defendant Kimberly Russell is a news reporter of WXYZ.
15. Defendant Ed Fernandez is a managing editor of WXYZ and Scripps Broadcast.
16. Defendant Detroit News is a newspaper that is headquartered in Wayne County, Michigan.
17. Defendant Gary Miles is the editor of the Detroit News.
18. Defendant Mike Martindale is a news reporter of the Detroit News.
19. Defendant Oakland Press is a newspaper in Oakland County, Michigan.
20. Defendant Aftab Borkat is a news reporter of the Oakland Press.
21. Defendant Dwayne Wyatt is a manager at the Oakland Press.
22. Defendant Jeanine Parent is the publisher of the Oakland Press.
23. Defendant NBC is headquartered in New York.
24. Defendant Stephen B. Burke is the CEO of NBC.
25. Defendant Keller Williams Realty Northville is a business located in Oakland County, MI.
26. Defendant Wendy Patton is the Operating Broker of Keller Williams Northville.
27. Defendant Pete Costa is the Broker at Keller Williams Northville.
28. Defendant Austin Pothast is the Team Leader at Keller Williams Northville.
29. Defendant Lindsay McKay is the Administrator of Kerller Williams Northville.
30. Defendant Keller Williams Realty West Bloomfield AKA Curtis Botsford, LLC is a business located in Farmington Hills, MI.
31. Defendant David Botsford is the Operating Broker of Keller Williams Realty West Bloomfield.
32. Defendant Dr. Joan Haakonstad is the President of Adaptable Business Solutions, INC.
33. Defendant Eric Haakonstad is the Vice President of Adaptable Business Solutions, INC.
34. Defendant Adaptable Business Solutions, INC is headquartered in Oakland County, Michigan.
35. Defendant Karen Wilson is a resident of Oakland County, MI.

36. Defendant Tech World is a business whose headquarters is in Troy, Michigan.

37. Defendant Google INC aka Alphabet is a business located in Mountain View, California.

38. John Doe Publisher and Jane Doe Websites are currently unknown websites and publishers that have continued to publish false statements.

## JURISDICTION

39. Plaintiff brings her complaint under federal jurisdiction due to federal questions and the amount in controversy exceeds $75,000.00 (seventy-five thousand and 00/100 dollars).

## FACTS

40. Defendants Francis Young International purchased a bronze membership from Dana McAllister on or about August 8, 2015 who at the time was the CEO of the Cuban Chamber of Commerce.

41. Defendant Mark Francis met previously with a blonde haired and blue eyed sub contractor of the Cuban Chamber of Commerce who explained to him the membership levels.

42. Defendants Francis Young International "FYI-CSI, LLC", Mark Francis and Marcia Young bought the membership to further their business in Cuba.

43. On or about September 30, 2015, Defendant Mark Francis and Defendant Alice Farling met Ms. McAllister in Havana, Cuba who helped them locate their hotel.

44. Defendant Francis was trying to "bunk with Plaintiff" in Havana, Cuba when he knew he was not supposed to reside at Parque Central Hotel.

45. On or about October 2, 2015, Defendant Francis accused Ms. McAllister in email of not providing services he paid for as a Bronze member.

46. Defendant Francis lied about a business executive trip.

47. Defendants Francis and Farling participated in an illegal Cuba Business executive trip without asking for permission from the US Department of Treasury.

48. On or about October 2, 2015, Defendants Francis and FYI-CSI, LLC threatened to go to the media.

49. Plaintiff thought that the media would do their job and investigate any and all statements.

50. On or about October 5, 2015 Defendants Francis and FYI-CSI, LLC began to stalk Plaintiff at her former place of business after making unwanted sexual advances.

51. Defendants Francis and FYI-CSI, LLC would show up unannounced at Plaintiff's job at 900 Wilshire Dr. #202, Troy, MI 48084.

52. Defendants Francis and FYI-CSI, LLC showed up unannounced in Miami, Florida at her former place of work.

53. Defendants Francis, FYI-CSI, LLC, Young, and Farling benefited from Plaintiff's expertise of Cuba.

54. On or about October 16, 2016, Plaintiff arrived back to Michigan.

55. Defendants Francis, FYI-CSI, LLC, and Young ceased to stalk Plaintiff who became increasingly ill and was unable to attend work due to the fear of being stalked by Plaintiff.

56. On or about December 2, 2015, Defendants Francis, FYI-CSI, LLC, and Young received a full refund of their bronze membership ($2,500.00) because Plaintiff did not want their money even though she provided over 20 hours of work for them and their company.

57. Defendants Intelligent Office Systems, LLC, Defendants Haakonstads, and Karen Wilson failed to provide a safe environment for Plaintiff.

58. On or about November 2015, Defendant Francis filed a false police report which was closed due to a civil matter.

36. Defendant Tech World is a business whose headquarters is in Troy, Michigan.

37. Defendant Google INC aka Alphabet is a business located in Mountain View, California.

38. John Doe Publisher and Jane Doe Websites are currently unknown websites and publishers that have continued to publish false statements.

## JURISDICTION

39. Plaintiff brings her complaint under federal jurisdiction due to federal questions and the amount in controversy exceeds $75,000.00 (seventy-five thousand and 00/100 dollars).

## FACTS

40. Defendants Francis Young International purchased a bronze membership from Dana McAllister on or about August 8, 2015 who at the time was the CEO of the Cuban Chamber of Commerce.

41. Defendant Mark Francis met previously with a blonde haired and blue eyed sub contractor of the Cuban Chamber of Commerce who explained to him the membership levels.

42. Defendants Francis Young International "FYI-CSI, LLC", Mark Francis and Marcia Young bought the membership to further their business in Cuba.

43. On or about September 30, 2015, Defendant Mark Francis and Defendant Alice Farling met Ms. McAllister in Havana, Cuba who helped them locate their hotel.

44. Defendant Francis was trying to "bunk with Plaintiff" in Havana, Cuba when he knew he was not supposed to reside at Parque Central Hotel.

45. On or about October 2, 2015, Defendant Francis accused Ms. McAllister in email of not providing services he paid for as a Bronze member.

46. Defendant Francis lied about a business executive trip.

47. Defendants Francis and Farling participated in an illegal Cuba Business executive trip without asking for permission from the US Department of Treasury.

48. On or about October 2, 2015, Defendants Francis and FYI-CSI, LLC threatened to go to the media.

49. Plaintiff thought that the media would do their job and investigate any and all statements.

50. On or about October 5, 2015 Defendants Francis and FYI-CSI, LLC began to stalk Plaintiff at her former place of business after making unwanted sexual advances.

51. Defendants Francis and FYI-CSI, LLC would show up unannounced at Plaintiff's job at 900 Wilshire Dr. #202, Troy, MI 48084.

52. Defendants Francis and FYI-CSI, LLC showed up unannounced in Miami, Florida at her former place of work.

53. Defendants Francis, FYI-CSI, LLC, Young, and Farling benefited from Plaintiff's expertise of Cuba.

54. On or about October 16, 2016, Plaintiff arrived back to Michigan.

55. Defendants Francis, FYI-CSI, LLC, and Young ceased to stalk Plaintiff who became increasingly ill and was unable to attend work due to the fear of being stalked by Plaintiff.

56. On or about December 2, 2015, Defendants Francis, FYI-CSI, LLC, and Young received a full refund of their bronze membership ($2,500.00) because Plaintiff did not want their money even though she provided over 20 hours of work for them and their company.

57. Defendants Intelligent Office Systems, LLC, Defendants Haakonstads, and Karen Wilson failed to provide a safe environment for Plaintiff.

58. On or about November 2015, Defendant Francis filed a false police report which was closed due to a civil matter.

74. On or about November or December 2015, Defendant Drew, her cameraman, Defendants Francis, Young, and FYI-CSI, LLC met with Defendant Wilson at Defendant Haakonstad's business, defendant Adaptable Business Solutions, INC.

75. Defendant Wilson allowed cameras to be set up so that Defendants Young, Francis, and FYI-CSI, LLC could have an interview at Plaintiff's former business.

76. Defendant Wilson opened up Plaintiff's mail and handed it to Defendants WDIV, Drew who published the mail and alleged contract owed to Defendants Haakonstads Adaptable Business Solutions, INC.

77. Plaintiff owed no money to any office bills.

78. Upon information and belief, Defendant Wilson took the cash payments without properly accounting for them in the hundreds of dollars.

79. Upon information and belief, Defendant Wilson was trying to cover up for her taking the cash payments from her business.

80. Defendant Drew knew that by filming at Plaintiff's work place, it would cause other potential businesses to not want to do business with Plaintiff.

81. Defendant Drew, WDIV, and Francis, Young, and FYI-CSI, LLC traveled to Plaintiff's former employer, Defendant Keller Williams West Bloomfield aka Defendant Curtis Botsford, LLC.

82. Defendant Drew, WDIV, NBC, Francis, Young, and FYI-CSI, LLC desired to have Defendants Botsford, KW WB, to state that Plaintiff did not pay her office bills and committed fraud.

83. Defendants listed in 82 never corrected their false statements.

84. On or about October 24, 2016, Defendant Botsford, Defendant KW West Bloomfield, spoke with Defendants KW Northville, Costa, Pothast, Patton and McKay to falsely claim that Plaintiff has stolen money from Defendant Francis.

85. Defendants listed in paragraph 84 believed the false news stories and canned Plaintiff.

86. Plaintiff had over 70 leads prior to Defendants Northville, Costa, Pothast, Patton, and McKay fired Plaintiff as a realtor in their office.

87. Plaintiff had previously informed defendants in paragraph 86 that her specialty was leases.

88. Plaintiff was threatened at her full time work place by Defendants listed in paragraph 86 and they communicated to Plaintiff that she was not to perform anymore work as a realtor with any clients.

89. Defendants in paragraph 86 told prospects that Plaintiff did not work their anymore.

90. Plaintiff's license, as of October 31, 2016 is still with her employing broker, KW Northville.

91. On or about October 27, 2016, Defendants Francis, Young, and FYI-CSI, LLC communicated to Jane Doe purchaser to not buy from Plaintiff because she is a fraud.

92. As a direct result of Defendants' actions, Plaintiff has been injured and will continue to incur expenses for medial, psychological treatment, therapy, and lost wages.

## COUNT IV

### VIOLATION OF CFR 515.564

93. Plaintiff incorporates all paragraphs of this Complaint herein.

94. The Media Defendants, Defendant Francis, Young, and FYI-CSI, LLC, Google, Alphabet, and John and Jane Doe publishers/websites are causing Plaintiff harm by implicating her in violations of CFR 515.564.

95. Defendant Francis, Young, Farling, and FYI-CSI, LLC never applied for nor received permission to travel to Cuba on business.

96. By publishing the false statements to the Media, Defendants listed in paragraph 95 have implicated Plaintiff in selling business executive trips when that is simply untrue.

97. Plaintiff made the Media Defendants aware on or about April 2016 that by publicizing Defendant FYI-CSI, LLC illegal Cuba trip and that Plaintiff was an alleged sponsor of its trip, Plaintiff could face over $250,000 in fines and / or jail time.

98. The Media Defendants, Google, and Alphabet failed to report that Defendants Young , Farling, Francis and FYI-CSI, LLC as well as other Americans are required to get a visa from the US Dept of Treasury.

99. The Media Defendants have mislead and continue to mislead the public in violation of the Helms Burton Act.

100.    As a direct result, Plaintiff suffers injuries caused by the Defendants.

## COUNT V

## DEFAMATION PER SE

101.    Plaintiff incorporates all paragraphs of this Complaint herein.

102.    All Defendants have defamed Plaintiff's name.

103.    No Defendant has had the courage to speak up and tell the truth.

104.    Defendant Francis filed a false police report.

105.    Defendant Francis, Young, FYI-CSI, LLC had their money all along even though they racked up services provided by Plaintiff.

106.    Defendants Young, Francis, and FYI-CSI, LLC wanted Plaintiff to work for free and when she did not want to work for free, they cooked up a media story.

107.    Defendants Wilson, Haakonstads, Adaptable Business Solutions, INC, and Intelligent Office Systems, LLC participated because they attempted to collect an alleged bill through the media.

108.    Plaintiff is a private person who has had careers in sales.

109.    Plaintiff has lost her hair, gained weight, lost business contracts, became homeless, and almost died because of the actions by all defendants.

110.    Plaintiff has requested Mediation from Defendants to no avail.

111.    As a direct result, Plaintiff suffers injuries caused by all defendants.


Wherefore, the Plaintiff respectfully requests that this Honorable Court grant judgment in her favor:

1. Award Plaintiff $50,000,000.00.
2. Require the Defendants to issue an apology in the same circumstances that they issued the story
3. Any and all costs deemed appropriate by this honorable court.


*The Plaintiff requests a Jury Demand.*


Respectfully submitted,

Dana McAllister

# CIVIL COVER SHEET

County in which action arose: Wayne,

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Dana McAllister

## DEFENDANTS

Keller Williams Realty Northville

**(b)** County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Oakland
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dana McAllister, In Pro per
6725 Daly Rd #252271
West Bloomfield, MI 48325

Case:4:16-cv-13859
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 10-31-2016 At 12:44 PM
CMP DANA MCALLISTER V MARK FRANCIS, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

*and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 US Code 1983

Brief description of cause:
Personal Injury based on Civil Rights Violation, Tortious Interference of Business

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 50,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE
October 31, 2016

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

SUANT TO LOCAL RULE 83.11

1.　　Is this a case that has been previously dismissed?　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　　Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)　　☐ Yes　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

## New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☑ Two (2) completed **Civil Cover Sheets**.

☐ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_38_ + 2 = _40_ **Complaints**.
# of Defendants      Total

Received by Clerk: _____   Addresses are complete: _____

Case: 4:16-cv-13859
Judge: Berg, Terrence G.
MJ: Majzoub, Mona K.
Filed: 10-31-2016 At 12:44 PM
CMP DANA MCALLISTER V MARK FRANCIS,
ET AL (LG)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

### If Paying The Filing Fee:

☐ Current new civil action filing fee is attached.

Fees may be paid by check or money order made out to:

**Clerk, U.S. District Court**

Received by Clerk: _____   Receipt #: _____

### If Asking That The Filing Fee Be Waived:

☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

Received by Clerk: _____

### Select the Method of Service you will employ to notify your defendants:

**Service via Summons by Self**

☑ Two (2) completed **summonses** for each defendant including each defendant's name and address.

Received by Clerk: _____

**Service by U.S. Marshal** (only available if fees waived)

☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.

☐ Two (2) completed **Request for Service by U.S. Marshal** form.

Received by Clerk: _____

**Service via Waiver of Summons** (U.S. Government and/or a defendant)

☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.

Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:
- One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.
- Two (2) **Waiver of the Service of Summons** forms per defendant.

Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants.

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13